UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

EDWIN MALDONADO,

                                          Plaintiff,

                                          v.

J. KRAWCZYK, et al.,

                                          Defendants.
_____

                                          DECISION AND ORDER

                                          18-CV-6021DGL

      Plaintiff's motions for a preliminary injunctive relief (Dkt. #44, #45), are denied. Plaintiff has not met the standard for such relief in this circuit. *See Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7, 20 (2008); *Wright v. Giuliani*, 230 F.3d 543, 547 (2000).

      Plaintiff's motion for appointment of counsel (Dkt. #41) is likewise denied, without prejudice. It is plaintiff's responsibility to retain an attorney or press forward with this lawsuit *pro se*. *See* 28 U.S.C. § 1654.

      IT IS SO ORDERED.

                                                          _____
                                                               DAVID G. LARIMER
                                                            United States District Judge

Dated: Rochester, New York
         June 27, 2023.